FILED - GR
March 19, 2014 10:05 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_mkc /_____ SCANNED BY: /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN.
-----------------------------------------------------------------------------------X.

KHEONG SEN LEE

Plaintiff

   - against-

1).  1679 RED WOK INC

2).  YI XING LIN and

3).  RED WOK PROPERTIES LLC


Defendants.

        Case number :1:14-cv-210

        Honorable Judge :Robert Holmes Bell.

      **Motion for dismissal of complaint**

Honorable court,

  I, Kheong Sen Lee, the Plaintiff am requesting for a voluntary dismissal of my complaint. The complaint was filed on 4th of March, 2014. I do not intend to proceed with this complaint any further due to personal reasons. Thank you kindly.

Dated: 19th March, 2014.    Kheong Sen Lee (Plaintiff)

           6643 Westshire drive,

           Muskegon.Mi - 49444.

           231-220-3672.